## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Frank Gautier, et al.
Plaintiff,

v.

Case No.: 1:19−cv−00590−MSM−LDA

Gregg Bruno, et al.
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. All factual discovery shall be completed by August 19, 2020

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by September 18, 2020

3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by October 19, 2020

4. All expert discovery shall be completed by November 18, 2020

5. Dispositive motions shall be filed by December 18, 2020

The parties shall add any known additional defendants or third−party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

It is so ordered.

February 21, 2020

By the Court:

/s/ Mary S. McElroy
United States District Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Nissheneyra Urizandi 401−752−7214